IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED

JUL 2 7 2026

IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By _____

UNITED STATES OF AMERICA          :
                                  :
          v.                      :          1:26CR 161-1
                                  :
MARCUS RYAN LONG                  :

The Grand Jury charges:

On or about November 18, 2025, in the County of Durham, in the Middle District of North Carolina, MARCUS RYAN LONG did threaten to murder Victim-1, a Veteran Affairs primary care physician and Deputy Chief of Staff of the VA Medical Center in Durham, North Carolina, with intent to impede, intimidate and interfere with Victim-1 while she was engaged in the performance of her official duties, in violation of Title 18 United States Code, Section 115(a)(1)(B).

DATED: July 27, 2026

DAN BISHOP
United States Attorney

_____
BY: FRANK J. CHUT, JR.
Assistant United States Attorney

A TRUE BILL:

████████████████████████

FOREPERSON